Joseph L. Gentilcore, Esq.
**FRANCIS MAILMAN SOUMILAS, PC**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
jgentilcore@consumerlawfirm.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND

| | |
|---|---|
| **DONNA BECKER,** | |
| Plaintiff | Case No. 4:23-cv-00862-KAW |
| v. | |
| **VERISYS CORPORATION,** | **STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Donna Becker and Defendant Verisys Corporation, through their undersigned counsel, that Plaintiff's claims asserted against Defendant in the above-captioned action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

Respectfully submitted,

By: */s/ Joseph L. Gentilcore*     By: */s/ Bruce Luckman*
Joseph L. Gentilcore, Esq.     Bruce Luckman
**FRANCIS MAILMAN SOUMILAS, PC**     **SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY**
1600 Market Street, Suite 2510     308 Harper Drive, Suite 200
Philadelphia, PA 19103     Moorestown, NJ 08057
Telephone: (215) 735-8600     Telephone: (856) 662-0700
jgentilcore@consumerlawfirm.com     bluckman@shermansilverstein.com
*Admitted Pro Hac Vice*     *Admitted Pro Hac Vice*

*Attorneys for Plaintiff*     *Attorneys for Defendant*

Dated: January 31, 2024

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4  DATED: _____     _____
                                      United States District/Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27